# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

## Affidavit - Return of Private Process

U. S. District Court District of Columbia

Case #  1:08cv01124

Case    Michael R. Fanning, C.E.O.

vs.

Permanent Solution Industries, Inc.

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 8/6/2008 at 10:35:00 AM at 5400 Eisenhower Ave, Alexandria, VA 22304

Byong Y. Kim, President & R.A. was served with:
Accepted by: Margaret Mackenzie, Director of Admin.

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

**Additional Information:**

Race:           Height:          Hair:           Age:
Sex             Weight           Other:

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 8/12/2008

Private Process Server

Sworn and Subscribed to before me this ___ day of ___, in the year ___.

Michael F. Stern
Notary Public
Baltimore County, Maryland
My Commission Expires 02/01/2011